IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

TRACY THOMAS,

    Plaintiff,

v.                                    Case No. 2:13-CV-2248-JTM

LOUISVILLE LADDER, INC.,

    Defendant.

## MEMORANDUM AND ORDER

Before the court is defendant Louisville Ladder, Inc.'s Motion for Judgment as a Matter of Law, pursuant to Federal Rule of Civil Procedure Rule 50(a) (Dkt. 117). On January 30, 2015, the jury returned a verdict in defendant's favor on claims of negligence and strict liability. The court initially took defendant's Motion under advisement and now denies it as moot.

**IT IS THEREFORE ORDERED** this 3rd day of February, 2015, that defendant's Motion for Judgment as a Matter of Law (Dkt. 117) is hereby denied as moot.

                                                    s/ J. Thomas Marten
                                                    J. Thomas Marten,
                                                    Chief Judge